## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEITH PRICE**                                                                                                          **PLAINTIFF**

**v.**                                      **CASE NO. 4:09-CV-00910 JMM**

**HEWLETT-PACKARD COMPANY**                                                          **DEFENDANT**

### ORDER

This case is hereby transferred to the undersigned pursuant to General Order No. 39. Judicial economy dictates transfer of this case because it bears common questions of law and fact to *Price v. Hewlett Packard Company* (Case No. 4:08-cv-00008), a case that was closed by the undersigned on September 10, 2008.

IT IS SO ORDERED THIS 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE